WHITNEY A. DAVIS, ESQ.  SBN 149523
CHARTER DAVIS LLP
1730 I Street, Suite 240
Sacramento, CA  95814

Telephone:    (916) 448-9000
Facsimile:    (916) 448-9009

Attorneys for Defendant VIAD CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK L. HOWARD, et al., | ) | No.  C 07-04243 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **CONSENT TO PROCEED BEFORE A** |
| vs. | ) | **UNITED STATES MAGISTRATE** |
| | ) | **JUDGE** |
| ASBESTOS CORPORATION LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 4, 2007                              CHARTER DAVIS, LLP

                     By:    */s/ Whitney A. Davis*
                         Whitney A. Davis
                         Attorneys for Defendant VIAD CORP.

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

I, the undersigned, declare as follows:

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite 240, Sacramento, California 95814.

On **September 4, 2007,** I electronically served the following document(s) via LexisNexis File & Serve [CCP § 1010.6(a)(2)(B)(6)], described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **September 4, 2007,** at Sacramento, California.

/s/    *Lucille T. Crozier*