1 | Ronald J. Shingler, Esq. (C.S.B. #142089)
Aaron H. Simon, Esq. (C.S.B. #67552)
2 | Richard Hobin, Esq. (C.S.B. #76791)
HOBIN, SHINGLER & SIMON, LLP
3 | 1011 "A" Street
Antioch, California 94509
4 | (925) 757-7020

5 | Attorneys for Plaintiffs

6

7

8 | UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9

10

11 | JACK L. HOWARD, et al.,                    FEDERAL CASE NO.  C07 04243 EDL

STATE CASE NO. RG07334596

12 | Plaintiffs,                               **CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE
13 | vs.                                       JUDGE**

14 | ASBESTOS CORPORATION LIMITED,
ET AL.

15

16 | Defendants.

17

18 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19 | In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

20 | hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

21 | proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

22 | judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

23

24 | Dated: September 11, 2007

25 | *Ronald J. Shingler*
Ronald J. Shingler
Attorney for Plaintiffs

26

27

28

1

PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I, the undersigned, declare that:

I am employed in the County of Contra Costa, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 1011 "A" Street, Antioch, California 94509.

On this date I served the following documents regarding <u>Jack L. Howard and Yvonne M. Howard   v.   Asbestos Corporation Limited, et al.</u>, Federal Case No.  C07 0423 EDL:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by transmitting a true copy to:

Whitney A. Davis
CHARTER DAVIS, LLP
1730 I Street, Suite 240
Sacramento, CA 95814
Fax: (916) 448-9009

via the following method:

___X___         (By Facsimile Machine [FAX]) By personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 6:00 p.m.

_____         (By First Class Mail) I am readily familiar with this office's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  This document, which is in an envelope addressed as stated above, will be sealed with postage fully prepaid and will be deposited with the United States Postal Service this date in the ordinary course of business.

_____         (By Personal Service) By personally delivering a true copy thereof to the office of the addressee above.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California. Executed on September 11, 2007 at Antioch, California.

TASHA SANTIAGO

Proof of Service