WHITNEY A. DAVIS, #149523
**CHARTER DAVIS, LLP**
Attorneys at Law
1730 I Street, Suite 240
Sacramento, California 95814
Telephone:  (916) 448-9000
Facsimile:  (916) 448-9009

Attorneys for Defendant VIAD CORP

FILED
SEP 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BY FAX

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JACK L. HOWARD, et al.,

    Plaintiffs,

v.

ASBESTOS CORPORATION LIMITED, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Federal Case No. **C07 04243 EDL**

State Case No. **RG07334596**

**STIPULATION FOR REMAND**
**[ 28 U.S.C. 1447(c)]**

**TO THE JUDGE OF THE ABOVE-REFERENCED COURT:**

1. On August 17, 2007, Defendant Viad Corp removed this action to this Court pursuant to 28 U.S.C. sections 1442(a)(1) and 1446(a).

2. The parties hereby stipulate to remand the action to the California Superior Court in and for the County of Alameda.

Dated: 8/24, 2007            HOBIN, SHINGLER & SIMON, LLP

                            By: _____
                                RONALD J. SHINGLER
                                Attorneys for Plaintiffs

                                CHARTER DAVIS, LLP

Dated: 8/27, 2007            By: _____
                                WHITNEY A. DAVIS
                                Attorneys for Defendant
                                VIAD CORP

Charter Davis, LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

1

STIPULATION FOR REMAND [28 U.S.C. 1447(C)]

## ORDER ON REMAND

FOR GOOD CAUSE SHOWN, and pursuant to 28 U.S.C. 1447(c), this matter is hereby remanded to the Superior Court of the State of California, County of Alameda, Case No. **RG07334596**.

Dated: Sept 2, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge