**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 3, 2007

Superior Court of the State of California
County of Alameda
Office of the Clerk
1225 Fallon Street
Oakland, California 94612

RE: JACK L. HOWARD -v- ASBESTOS CORPORATION LIMITED, C-07-4243-EDL
    Your Case Number: (RG07334596)

Dear Clerk,

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

(X)    Certified copies of docket entries

(X)    Certified copies of Remand Order

(  )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
    Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg